IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISIO PRIETO-SANTOS, | |
| Petitioner, | No. C 10-04674 JSW |
| v. | |
| ERIC HOLDER, et al., | **ORDER TO SHOW CAUSE** |
| Respondents. | |

On October 15, 2010 at 2:20 p.m., Petitioner Elisio Prieto-Santos ("Petitioner") filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. However, Petitioner was removed from the United States on October 15, 2010. It is not clear whether Petitioner was in custody by the time this petition was filed or, even if this petition was filed *before* he was removed, whether the removal moots his petition.

Therefore, the Court HEREBY ORDERS Petitioner to show cause in writing by no later than January 7, 2011 why this case should not be dismissed for lack of jurisdiction. Moreover, in his response, if Petitioner contends that this Court retains jurisdiction over this matter, Petitioner shall provide a clear and concise description of his claim, including the basis of his claim and what relief he is seeking.

**IT IS SO ORDERED.**

Dated: December 3, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE